Entered: December 8, 2011
Signed: December 8, 2011

**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: 11–26446 – PM   Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eugene M Brehm | Judith Ann Brehm |
| *debtor has no known aliases* | aka Judith Hoenicka |
| 418 Oldtown Road | 418 Oldtown Road |
| Cumberland, MD 21502 | Cumberland, MD 21502 |

Social Security No.:   xxx–xx–7437     xxx–xx–2894

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 8/11/11.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *admin*

### End of Order